UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

HERBERT SMITH (#379859)

VERSUS                                            CIVIL ACTION NO.: 07-639-JVP-DLD

JAMES LEBLANC, WARDEN, ET AL

## RULING

The court, having carefully considered the complaint, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Docia L. Dalby dated April 18, 2008, to which no objection has been filed, hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion.

Accordingly, the plaintiff's action is hereby **DISMISSED** as legally frivolous and for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. § 1915A. Judgment shall be entered accordingly.

Baton Rouge, Louisiana, May 8, 2008.

JOHN V. PARKER
UNITED STATES DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA